## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

### FIDENCIO GARCIA-GARCIA                                   PLAINTIFF

v.                                    No. 3:23-cv-147-DPM

### DOE                                                           DEFENDANT

### ORDER

Unopposed recommendation, *Doc. 6*, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion, *Doc. 7*, denied without prejudice as moot. Garcia-Garcia's complaint will be dismissed without prejudice for failing to state a claim upon which relief may be granted. Strike recommended. 28 U.S.C. § 1915(g). Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 September 2023